*Roby*
*vs.*
*Reaume*

Filed in Court Oct$^r$ 19. 1819.

Dr[r] Mr[r] Alexis Luc Reaume in a/c with John S Roby

1814

| | | | | | |
|---|---|---|---|---|---|
| Dec[r] | 17 | To | 2 p[s] factory Stripe 30, 33 63 Yds @ | 6/6 | $51 18¾ |
| " | " | " | 2 p[s] [factory Stripe] 27¾, 27½ 55¼ | 7/6 | 51 81½ |
| " | " | " | 1 p[s] [factory Stripe] 28 | 8/ | 28 00 |
| " | " | " | 1 " black Cambrick 29 Yds | 10/ | 36 25 |
| " | " | " | 6 [p[s]] Madrass Hdkfs | 20/ | 15 00 |
| " | " | " | 4 Shawls | 16/ | 8 00 |
| " | " | " | 7 p[s] wide Ribbon | 24/ | 21 00 |
| " | " | " | 6 " Narrow | 16/ | 12 00 |
| " | " | " | 1 Doz fine Combs | 28/ | 3 00 |
| " | " | " | 2 do do | 28/ | 7 00 |
| " | " | " | 1 do black Ball | | 3 00 |
| " | " | " | 3 P[s] blue Cottons | 88/ | 33 00 |
| " | " | " | 1 Pen Knife | | 87½ |
| " | " | " | ¼[lb] Thread 12/ 13½[lb] pepper — 6/ | | 11 62½ |
| " | " | " | 6¼[lb] Snuff | 52 cts | 3 25 |
| " | " | " | 1 Box Windsor Soap | 96/ | 12 00 |
| | | " | 8 Yds blue Cloth | 40/ | 40 00 |
| " | " | " | 2 Bbls Salt | $37.50 | 75 00 |
| " | " | " | 1 Bbl whiskey 35 Galls | 16/ | 70 00 |
| " | " | " | 3¼ Yds Casinet | 48/ | 19 50 |
| " | " | " | 3 Skains Silk | 2/ | .75 |
| " | " | " | 6 Bottles peppermint | 4/ | 3 00 |
| " | " | " | ½ Doz Quills | 8/ | 50 |
| " | 24 | " | 2 Razors | 10/8 | 2 68¾ |
| " | 29 | " | 1 Doz Combs | 28/ | 3 50 |
| " | " | " | 1 do do | | 2 00 |
| " | " | " | 2 Shell do | 3/ | 75 |
| " | " | " | 1 Cod line 10/ 1 Doz Combs | 20/ | 3 75 |
| " | " | " | 2 p[s] Stripe 58¾ yds | 6/6 | 47 68¾ |
| " | " | " | 1 do Check | | 3 00 |
| " | " | " | 1 Bbl whiskey 34 Galls | 16/ | 68 00 |
| " | " | " | 1 Bbl with do | | 1 00 |

| Date | | | Item | Rate | Amount | Total |
|---|---|---|---|---|---|---|
| 1815 | | | | | | |
| Jany | 27 | 1 | Q$^{r}$ paper p$^{r}$ order | | 75 | |
| " | " | " | 1 Bbl whiskey 35 Galls | 16/ | 70 00 | |
| " | " | " | 1 Bbl with do | 8/ | 1 00 | |
| Feby | 1 | " | 1 Bbl Sugar 225$^{lbs}$ | 3/3 | 91 40½ | |
| | | | To am$^{t}$ Carried forward | | 801 28¼ | |
| D$^{r}$ To Am$^{t}$ bro$^{t}$ forward | | | | | | 801 28¼ |
| 1815 | | | | | | |
| Feby | 2 | To | 1 Gall whiskey p$^{r}$ order | | \$ 2 00 | |
| " | " | " | 10 Yds Cassimire p$^{r}$ Self | 32/ | 40 00 | |
| " | " | " | 2 Gross large Buttons | 40/ | 10 00 | |
| " | " | | 1 do Small | | 2 50 | |
| " | " | | 1 Doz fine Combs | 24/ | 3 00 | |
| " | " | " | 2 " Do | 28/ | 7 00 | |
| " | " | " | 1 p$^{s}$ Cotton 20½ Yds | 5/ | 12 81¼ | |
| " | " | " | 2 p$^{rs}$ mens Shoes | 20/ | 5 00 | |
| " | " | " | 16 " " " | 12/ | 24 00 | |
| " | " | " | 8 " " " | 14/ | 14 00 | 120 31¼ |
| " | " | " | 4 p$^{s}$ Stripes 111 Yds | 8/ | 111 00 | |
| " | " | " | 10$^{lb}$ pepper | 8/ | 10 00 | |
| " | 3 | " | 2 Bbls whisky 34. 34½ 68½ | 16/ | 137 00 | |
| " | " | " | 2 Bbls with do | 8/ | 2 00 | |
| " | 13 | " | 2 Bbls whisky 34½. 34½, 69 @ | 16/ | 138 00 | 398 00 |
| " | " | " | 2 [Bbls] with Do | | 2 00 | |
| " | 15 | " | 6$^{lb}$ Hyson Tea p$^{r}$ order | 28/ | 21 00 | |
| " | 18 | " | 1 Q$^{r}$ paper p$^{r}$ Do | | .75 | |
| April | 18 | " | amt of goods delivered you to be Sold on Commission as p$^{r}$ Invoice dated 3$^{d}$ Feby | | 321 12½ | |
| " | " | | | | | |
| June | 16 | | p$^{d}$ S$^{t}$ Amour for Boat | | 1 00 | |
| " | " | " | p$^{d}$ 2 Men for Service | | 75 | |
| May | 16 | " | Am$^{t}$ of Goods Sold you this day as p$^{r}$ Invoice delivered you | | 2187 84¾ | 2534.47¼ |
| | | | | | | 3854. 6¾ |
| | | | | deduct Credit | | 2431 27½ |
| | | | | Bal due | | \$1422 79¼ |

| 1815 | | | | | | $C^r$ | |
|---|---|---|---|---|---|---|---|
| Jany 13 | By | 6 Army Bills 32/ each | | | | $ 24 | 00 |
| " | " | " 3 Do do 8/ each | | | | 3 | 00 |
| Feby 2 | " | 3¼ Yds Casinet | | 48/ | | 19 | 50 |
| " 13 | " | Cash | | | | 50 | 00 |
| " " | " | James Audrains Order on Q M | | | | 6 | 00 |
| April 18 | " | Cash $27. Do $23. | | | | 50 | 00 |
| " " | " | 39 Bu Corn | | 12/ | | 58 | 50 |
| " " | " | Cash rec^d in your letter | | | | 195 | 00 |
| " " | " | draft on Pyatt | | | | 14 | 00 |
| " " | " | do on Do 1 M Flour | | | | 53 | 57 |
| " | " | 3 cwt Flour | | | | 24 | 00 |
| " | " | Joseph Robidous draft | | | | 245 | 00 |
| " | " | 34 Coons | | 3/6 | | 14 | 87½ |
| " " | | 80 Musk Rats | | 2/6 | | 25 | 00 |
| " " | | 14 Do Do | | 2/6 | | 4 | 87½ |
| " " | | 12 do do | | 1/8 | | 2 | 50 |
| " " | | 32 Coons | | 2/4 | | 9 | 33 |
| " " | | 44 Do | | 1/9 | | 9 | 62½ |
| " " | | 1 Fisher 4/ 2 Cats | | 3/6 | | 1 | 37½ |
| June 16 | " | Draft on Dousman | | | | 1400 | 00 |
| " " | " | Do on Crawford | | | | 221 | 12½ |
| | | | | | | 2431 | 27½ |
| | By amt carried forward | | | | | 2431 | 27½ |
| | By am^t brought forward | | | | | $C^r$ $2431.27½ | |

Copy of Note. "For value rec^d I promise to pay John S. Roby or his order, Two hundred and thirty six dollars forty cents, three months from date interest after —

$236.40                                   Alexis Luc Reaume

Detroit 15 Dec^r 1814

Samuel Abbott"